IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICIA WRIGHT,<br><br>    Plaintiff,<br><br>    vs.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>    Defendant.<br>_____/ | 1:09-cv-00761 GSA (PC)<br><br>ORDER STRIKING APPLICATION TO PROCEED IN FORMA PAUPERIS FOR LACK OF SIGNATURE<br>(Doc. 2.)<br><br>ORDER TO RE-SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE, WITHIN 45 DAYS |

    Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On April 29, 2009, plaintiff submitted an application to proceed in forma pauperis and a copy of her prison trust account statement. However, plaintiff failed to sign the application. All filings submitted to the court must bear the signature of the filing party. Local Rule 7-131; Fed. R. Civ. P. 11(a). Therefore, plaintiff's application shall be stricken from the record, and she shall be required to file a new application.

    Accordingly, IT IS HEREBY ORDERED that:

1.     Plaintiff's application to proceed in forma pauperis filed on April 29, 2009 is STRICKEN from the record for lack of signature;
2.     Within forty-five (45) days of the date of service of this order, plaintiff shall submit the attached application to proceed in forma pauperis, completed and signed, or in the alternative, pay the $350.00 filing fee for this action;

-1-

3. Plaintiff is not required to submit another copy of her prison trust account statement; and

4. **Failure to comply with this order will result in a recommendation that this action be dismissed.**

IT IS SO ORDERED.

Dated: **May 7, 2009**  /s/ **Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE