UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PATRICIA WRIGHT, | ) | 1:09-cv-00761 GSA (PC) |
| | ) | |
| Plaintiff, | ) | ORDER REQUIRING PLAINTIFF TO |
| | ) | SUBMIT A NEW CONSENT/DECLINE |
| v. | ) | FORM AS TO MAGISTRATE JUDGE |
| | ) | JURISDICTION |
| CALIFORNIA DEPARTMENT OF | ) | |
| CORRECTIONS, | ) | THIRTY DAY DEADLINE |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. This action was filed on April 29, 2009.

On April 30, 2009, the court issued an Order Re Consent or Request for Reassignment which was served on plaintiff with information, a consent/decline form, and instructions for informing the court whether she would consent to Magistrate Judge jurisdiction. (Doc. 3-2.) The consent/decline form instructs the parties to "check and sign only one section of the form," indicating a choice between "consent" or "decline" as to jurisdiction of the Magistrate Judge. On May 11, 2009, plaintiff returned the consent/decline form to the court; however, plaintiff signed *BOTH* sections of the form. (Doc. 6.) At this time, the court shall require plaintiff to complete a new consent/decline form and return it to the court.

Accordingly, plaintiff is HEREBY ORDERED to submit a new consent/decline form, informing the court whether she will consent to Magistrate Judge jurisdiction. Plaintiff must complete and return

1  the new consent/decline form within thirty (30) days of the date of service of this order, signing *ONLY*
2  *ONE* section of the form, indicating a choice between "consent" and "decline."  Failure to follow this
3  order will result in a recommendation that this action be dismissed pursuant to Local Rule 11-110.

      The Clerk of the Court is DIRECTED to send to plaintiff another consent/decline form and the instructions for indicating consent or decline to Magistrate Judge jurisdiction.

      IT IS SO ORDERED.

**Dated:**   **May 14, 2009**          **/s/ Gary S. Austin**
                                              UNITED STATES MAGISTRATE JUDGE